entered November 28, 1927, affirming a judgment in favor of plaintiff entered upon the report of a referee. The action was to restrain the defendant Robert W. Tolley from violating his contract of employment with the plaintiff and to restrain the defendant Tolley Cake Corporation from co-operating therein. The judgment restrained the defendant Tolley for a period of ten years after leaving plaintiff's employ from entering into or continuing in the employ of defendant corporation, or any one else engaged in the same business within certain territorial limits and from revealing the secret processes of the plaintiff, and defendant corporation was restrained from receiving or using information of such secret processes.

*Daniel Day Walton* and *Lemuel Bannister* for appellants.
*William H. Button* and *Albert R. Jube* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

ELLEN KIRWAN, Respondent, *v.* ROSALIE FOOS, as Executrix of FERGUSON W. FOOS, Deceased, Appellant.

*Negligence — master and servant — domestic servant injured while being driven in master's automobile by his chauffeur at direction of her mistress.*

*Kirwan* v. *Foos*, 221 App. Div. 858, affirmed.
(Submitted June 1, 1928; decided June 19, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 2, 1927, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant's testator, who was the original defendant but died after entry of judgment on the verdict. Plaintiff was employed as a laundress in testator's household. Requiring medical

attention, her mistress, testator's wife, took her to a doctor in testator's automobile, driven by a chauffeur in his employ. The doctor told plaintiff to call again the next day and testator's wife directed the chauffeur to take her in the automobile. On the way she received the injuries complained of as the result of a collision occurring, as alleged, through the negligence of the chauffeur.

*Robert H. Charlton* and *John T. Loughran* for appellant.

*Moses Feltenstein, Sidney J. Feltenstein* and *Peter A. Abeles* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
    *v.* ALEXANDER KALINOWSKI, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued June 1, 1928; decided June 19, 1928.)

APPEAL from a judgment of the Supreme Court, rendered January 18, 1928, at a Trial Term for the county of Cayuga, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Charles T. Whelan* for appellant.

*Benn Kenyon, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.